UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| In re: COUNTRYWIDE FINANCIAL MORTGAGE LENDING PRACTICES LITIGATION | *Electronically Filed* |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯, | Chief Judge John G. Heyburn II |
| This document relates to | MASTER FILE NO. 08-md-1974 |
| ALL ACTIONS | MDL No. 1974 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, F.S.B., and Countrywide Mortgage Ventures LLC (collectively "Defendants") respectfully submit this Notice of Supplemental Authority to apprise this Court of the United States District Court for the Northern District of California's recent decision on class certification in the matter of *In re Wells Fargo Residential Mortgage Lending Discrimination Litigation*, No. 08-md-01930, 2011 WL 3903117 (N.D. Cal. Sept. 6, 2011), a copy of which is attached hereto at Exhibit A ("*Wells Fargo*").

*Wells Fargo* is directly relevant to Plaintiffs' pending motion for class certification ("Motion"), filed on March 21, 2011, and further supports denial of the Motion. Nearly two months after the completion of briefing on the Motion, Judge Chesney denied a request for class certification in *Wells Fargo* based on identical allegations to those in these consolidated litigations. Plaintiffs in *Wells Fargo* – represented by the same counsel representing Plaintiffs here – alleged that Wells Fargo's "Discretionary Pricing Policy" of "discretionary interest rate markups, pricing exception and finance charges" resulted in disparate impact discrimination,

1

resulting in minority borrowers allegedly paying more for mortgage loan than their white counterparts. *Wells Fargo*, 2011 WL 3903117 at **1-2. Evaluating plaintiffs' class certification request under the Supreme Court's recent decision in *Wal-Mart Stores, Inc. v. Dukes* ("*Wal-Mart*"), 131 S.Ct. 254 (2011), Judge Chesney determined that plaintiffs failed to demonstrate commonality under Fed. R. Civ. P. 23(a)(2). *Wells Fargo*, 2011 WL 3903117 at **2-4. In particular, Judge Chesney held that the statistical analysis of plaintiffs' proposed expert purporting to show disparate impact did not suffice to show commonality and that under *Wal-Mart*, "where persons who are afforded discretion exercise that discretion differently, commonality is not established." *Id.* at *4 (citing *Wal-Mart*, 131 S.Ct. at 2554). Judge Chesney also rejected arguments raised by plaintiffs' counsel attempting to distinguish *Wal-Mart*, which were virtually identical to those made by Plaintiffs in their reply brief in these consolidated litigations. *Wells Fargo*, 2011 WL 3903117 at *4.[1]

      Given the identical allegations and arguments made by Plaintiffs here, Defendants respectfully request that this Court take notice of the denial of class certification in *Wells Fargo* with respect to Plaintiffs' pending Motion for Class Certification.

---

[1] Although plaintiffs in *Wells Fargo* have filed a petition for interlocutory appeal pursuant to Fed. R. Civ. P. 23(f), Wells Fargo has opposed this petition and the Ninth Circuit has neither accepted that petition as of the date of this Notice nor issued any decision overturning Judge Chesney's opinion.

Dated:  October 4, 2011

Respectfully Submitted.

COUNTRYWIDE BANK, FSB, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC. AND COUNTRYWIDE MORTGAGE VENTURES LLC

By their attorneys,

/s/ James W. McGarry
James W. McGarry
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Telephone:  617-570-1000
Facsimile: 617-523-1231
jmcgarry@goodwinprocter.com

Byron E. Leet, Esq.
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2600
Louisville, KY  40202
Telephone:  502-562-7354
Facsimile:  502-589-0309
bleet@wyattfirm.com

Thomas M. Hefferon
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC  20001
Telephone:  202-346-4000
Facsimile:  202-346-4444
thefferon@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first class mail, postage prepaid, on October 4, 2011.

/s/ James W. McGarry
James W. McGarry