UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

|  |  |
|---|---|
| In re: COUNTRYWIDE FINANCIAL MORTGAGE LENDING PRACTICES LITIGATION<br><br>This document relates to<br><br>ARTHUR and LUELLA DAVIS<br>(D. Mass. 1:07-cv-11275) | Judge John G. Heyburn II<br>MASTER FILE NO. 08-md-1974<br>MDL No. 1974 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Arthur Davis and Luella Davis ("Plaintiffs") and Defendants Countrywide Bank FSB (sued as Countrywide Bank, a division of Treasury Bank, N.A.) and Countrywide Home Loans, Inc. (in its own name and sued as Countrywide Correspondent Lending and Full Spectrum Lending, Inc.) (collectively, "Defendants") hereby jointly stipulate to the dismissal of all claims of Plaintiffs Arthur Davis and Luella Davis in their entirety against Defendants *with prejudice*, without costs and fees, and waiving all rights of appeal.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ARTHUR and LUELLA DAVIS | COUNTRYWIDE BANK FSB (SUED AS COUNTRYWIDE BANK, A DIVISION OF TREASURY BANK, N.A.) AND COUNTRYWIDE HOME LOANS, INC. (IN ITS OWN NAME AND SUED AS COUNTRYWIDE CORRESPONDENT LENDING AND FULL SPECTRUM LENDING, INC.) |
| By their attorneys, | By their attorneys, |
| /s/ Gary Klein | /s/ James W. McGarry |
| Gary Klein (BBO #560769) | James W. McGarry (BBO #633726) |
| Shennan Kavanagh (BBO #655174) | GOODWIN PROCTER LLP |
| KLEIN KAVANAGH COSTELLO, LLP | Exchange Place |
| 85 Merrimac Street | 53 State Street |
| Boston, Massachusetts 02114 | Boston, Massachusetts 02109 |
| Tel.: 617.357.5500 | Tel.: 617.570.1000 |
| klein@kkcllp.com | Fax: 617.523.1231 |
| kavanagh@kkcllp.com | jmcgarry@goodwinprocter.com |

Dated: August 9, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on August 9, 2013.

/s/ James W. McGarry
James W. McGarry

2