UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| In re: COUNTRYWIDE FINANCIAL MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) ) ) ) This document relates to ) ) ANTON GRIFFIN ) (W.D. Ky. 3:08-cv-482) ) ) | Judge John G. Heyburn II MASTER FILE NO. 08-md-1974 MDL No. 1974 |

**[      ORDER OF DISMISSAL WITH PREJUDICE      **

This matter comes before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal With Prejudice is **GRANTED**. The claims of Anton Griffin are hereby dismissed, with prejudice, without costs and fees, and waiving all rights of appeal.

_____
Heyburn, J.