UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

_____
                                                    )
In re: COUNTRYWIDE FINANCIAL          )
MORTGAGE LENDING PRACTICES          )
LITIGATION                                        )
                                                    )        Judge John G. Heyburn II
_____       )        MASTER FILE NO. 08-md-1974
                                                    )        MDL No. 1974
This document relates to                      )
                                                    )
GUADALUPE MARCHAN                      )
(W.D. Ky. 3:08-cv-482)                        )
_____ )

**[\_\_\_\_\_ ORDER OF DISMISSAL WITH PREJUDICE _____**

       This matter comes before the Court on the Parties' Stipulation of Voluntary Dismissal

With Prejudice.

       IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal With Prejudice is

**GRANTED**.  The claims of Guadalupe Marchan are hereby dismissed, with prejudice, without

costs and fees, and waiving all rights of appeal.


                                                    _____
                                                    Heyburn, J.