UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| In re: COUNTRYWIDE FINANCIAL MORTGAGE LENDING PRACTICES LITIGATION )<br><br>This document relates to<br><br>ROSENDO QUINONES<br>(W.D. Ky. 3:08-cv-482) | Judge John G. Heyburn II<br>MASTER FILE NO. 08-md-1974<br>MDL No. 1974 |

**[        ORDER OF DISMISSAL WITH PREJUDICE        **

This matter comes before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal With Prejudice is **GRANTED**. The claims of Rosendo Quinones are hereby dismissed, with prejudice, without costs and fees, and waiving all rights of appeal.

_____
Heyburn, J.