UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

|  |  |
|---|---|
| In re: COUNTRYWIDE FINANCIAL MORTGAGE LENDING PRACTICES LITIGATION )<br>)<br>)<br>)<br>)<br>) | <br><br><br>Judge John G. Heyburn II<br>MASTER FILE NO. 08-md-1974<br>MDL No. 1974 |
| This document relates to | |
| GILLIAN MILLER<br>(D. Mass. 1:07-cv-11275) | |

**[     ORDER OF DISMISSAL WITH PREJUDICE     ]**

This matter comes before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal With Prejudice is **GRANTED**. The claims of Gillian Miller are hereby dismissed, with prejudice, without costs and fees, and waiving all rights of appeal.

_____
Heyburn, J.