UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| In re: COUNTRYWIDE FINANCIAL MORTGAGE LENDING PRACTICES LITIGATION | |
| | Judge John G. Heyburn II |
| | MASTER FILE NO. 08-md-1974 |
| | MDL No. 1974 |
| This document relates to | |
| GABRIEL GARCIA (C.D. Cal 5:07-cv-01161) | |

**[ ORDER OF DISMISSAL WITH PREJUDICE ]**

This matter comes before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal With Prejudice is **GRANTED**. The claims of Gabriel Garcia are hereby dismissed, with prejudice, without costs and fees, and waiving all rights of appeal.

_____
Heyburn, J.