UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| In re: COUNTRYWIDE FINANCIAL MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) |
| This document relates to | Judge John G. Heyburn II<br>MASTER FILE NO. 08-md-1974<br>MDL No. 1974 |
| GERMAN PENA<br>(N.D. Ill. 1:08-cv-02935) | ) ) ) ) |

**[      ORDER OF DISMISSAL WITH PREJUDICE      ]**

This matter comes before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal With Prejudice is **GRANTED**. The claims of German Pena are hereby dismissed, with prejudice, without costs and fees, and waiving all rights of appeal.

_____
Heyburn, J.