UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

|  |  |
|---|---|
| In re: COUNTRYWIDE FINANCIAL MORTGAGE LENDING PRACTICES LITIGATION<br><br>This document relates to<br><br>LAKISHA AUSTIN<br>(D. Mass. 1:07-cv-11275) | Judge John G. Heyburn II<br>MASTER FILE NO. 08-md-1974<br>MDL No. 1974 |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal With Prejudice is **GRANTED**. The claims of Lakisha Austin are hereby dismissed, with prejudice, without costs and fees, and waiving all rights of appeal.

_____
Heyburn, J.