UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

|  |  |
|---|---|
| In re: COUNTRYWIDE FINANCIAL MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |
| This document relates to | |
| ARTHUR and LUELLA DAVIS (D. Mass. 1:07-cv-11275) | |

Judge John G. Heyburn II
MASTER FILE NO. 08-md-1974
MDL No. 1974

[      **ORDER OF DISMISSAL WITH PREJUDICE**      ]

This matter comes before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal With Prejudice is **GRANTED**. The claims of Arthur Davis and Luella Davis are hereby dismissed, with prejudice, without costs and fees, and waiving all rights of appeal.

_____
Heyburn, J.